# Exhibit 2



CVRx Inc.
9201 West Broadway Avenue
Suite 650
Minneapolis, MN 55445
763-416-2840

**Invoice**

| Bill To: | Ship To: |
|---|---|
| Novant Health Corporate Entity | |
| PO Box 25686 | Hand Carried by CVRx rep |
| GLN-1100003142925 | |
| Winston-Salem, NC 27114 | |

| | | | |
|---|---|---|---|
| Customer PO # | P01087244 | Invoice # | 2000016 |
| Payment Terms | Net 45 Days | Invoice Date | 08/20/15 |
| | | Due Date | 10/03/15 |
| | | Customer ID # | 02-00013 |
| Delivery Terms | | Customer Phone # | 877-308-7101 |
| | | Sales Representative | Bilsbury |

| Ln | Part nr | Description | Qty | Batch Number | Curr | Unit Price | Amount |
|----|---------|-------------|-----|--------------|------|------------|--------|
| 1 | 100053-301 | Neo Legacy IPG, Model 2100 (HDE) | 1 | 2100000469 | USD | $26,000.00 | $26,000.00 |

Freight Charges:
Amount excl. Sales Tax         $26,000.00
Sales Tax
**Invoice Amount**        USD        **$26,000.00**

| Notes | Payment Instructions |
|---|---|
| | REMIT TO: |
| | CVRx, Inc. |
| | 9201 West Broadway, #650 |
| | Minneapolis, MN 55445 |


*Forsyth PO* (handwritten)

```
COMPANY GLN:              Purchase Order: PO1087244            ORIGINAL
 Novant Health Corporation                              Page:         2
                                                        Date: 08/12/15
    | JUST THE PACKING SLIP, FOR EVERY ORDER.                        |
    |                                                                |
    | NOTE:                                                          |
    | NO DOCK AT FOLLOWING FACILITIES - NEED LIFT GATE AND PALLET JACK |
    |                                                                |
    | -----------NH CLEMMONS MEDICAL CENTER                          |
    | -----------NH FRANKLIN MEDICAL CENTER                          |
    | -----------NH PHARMACY-WINSTON SALEM HEALTH CARE,              |
    | ----------------255 CHARLOIS BLVD, WINSTON SALEM, NC           |
    | NEED LIFT GATE - NEED PALLET JACK                              |
    |                                                                |
    | Bill To Address:                                               |
    |                                                                |
    | Novant Health Corporate Entity                                 |
    | PO Box 25686                                                   |
    | GLN-1100003142925                                              |
    | WINSTON-SALEM NC 27114-5686                                    |
    +----------------------------------------------------------------+
         ITEM NUMBER                   QUANTITY
   LINE  DESCRIPTION                    PRICE         EXTENDED AMOUNT
   ----  ---------------------------------------------------------------
      1  CR459657                            1 EA          26,000.00
         GENERATOR PULSE BAROSTIM IMPL
         NEO LEGACY MODEL 2100        26,000.0000
         Requesting Location: F6003 1.0000 EA Req Comp: 1000
         Mfg Cde: CVRX Mfg Nbr: 100053-301
         Vendor Item Number: 100053-301
         Vendor Item Desc: GENERATOR PULSE BAROSTIM IMPL
         Item Detail: CR459657
         Ship To Location GLN:1100002341725
         Purchase Order Summary
                   Goods Total:                          26,000.00
                   Order Total:                          26,000.00
              End of Purchase Order: PO1087244
```

```
COMPANY GLN:              Purchase Order: PO1087244              ORIGINAL
Novant Health Corporation                                  Page:        1
                                                           Date: 08/12/15
SHIP TERMS:                            FREIGHT: Prepaid and Add
  SHIP VIA:
     VENDOR: 869388-970                    SHIP TO:
                                        NH FORSYTH MEDICAL CENTER
                                        3333 SILAS CREEK PKWY
         CVRX INC              (F)      FORSYTH NON-STOCK SUPPLIES
         9201 W BROADWAY AVE STE 650    .
         MINNEAPOLIS NB 55445           .
                                        .
                                        WINSTON SALEM NC 27103
  CONTACT: CUSTOMER SERVICE        CONTACT: Company Default Buyer
    PHONE:     763-416-2840          PHONE:     877-308-7101
      FAX:     763-416-2841            FAX:     336-718-8960
                                  BUYER GLN:
                              EMAIL ADDRESS: supplychaincustomerservice@novanthealth.org
                                   DISCOUNT
  TERMS                           DAYS  RATE   NET  ACCOUNT NUMBER
  ------------------------------  ----  ------ ---- ------------------------------
  No Terms                                      45
         +-----------------------------------------------------------------+
         | Deliver on August 17, 2015 unless specified by line             |
         | Purchase Order Currency: United States Dollars                  |
         |                                                                 |
         | Invoice by mail                                                 |
         | Process Level: 1000                                             |
         |                                                                 |
         | CONFIRMATIONS:                                                  |
         | Please send confirmations to OrderConfirmations@NovantHealth.org|
         | or fax to 336-718-8960.                                         |
         | Please note any price, UOM or catalog number discrepancies.    |
         | Please note any backorders and include release dates.  Thank you|
         |                                                                 |
         | TERMS AND CONDITIONS:                                           |
         | This Purchase Order is governed by the Terms and Conditions     |
         | agreed to in writing by vendor and Novant Health.  If vendor and|
         | Novant Health have not entered a written agreement for the      |
         | purchase of these products, then Novant Health's current        |
         | Standard Terms and Conditions will apply to this Purchase Order.|
         |                                                                 |
         | SHIPPING:                                                       |
         |                                                                 |
         | If your company has been contacted by Novant or FDSI and is     |
         | enrolled in our 3rd party freight program, then, per our        |
         | Agreement SHIP 3RD PARTY, FDSI, FOB DESTINATION, FOR PARCEL     |
         | SHIPMENTS USE FEDEX NO. 1330-1643-0.  For LTL shipments use UPS |
         | Freight (800-333-7400). For shipments over 5000 lbs please call |
         | 800-475-3374 for carrier instructions.                          |
         |                                                                 |
         | NOVANT PO NUMBERS MUST BE ON EVERY FEDEX SHIPPING LABEL, NOT    |
```